IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARROLL CALDWELL**                                                  **PLAINTIFF**

v.                        **Case No. 1:11-cv-72-KGB**

**STEWART TITLE GUARANTY COMPANY,**
as successor to **ARKANSAS TITLE INSURANCE**
**COMPANY**                                                **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Carroll Caldwell has informed the Court that this matter has been settled, that all terms and conditions of the settlement have been fully performed, and that plaintiff requests all claims be dismissed with prejudice. For good cause shown, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 7th day of January, 2013.

_____
Kristine G. Baker
United States District Judge